

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) **INDICTMENT NO.** |
| | ) |
| **v.** | ) **21 U.S.C. § 846** |
| | ) **Conspiracy to Possess With Intent to** |
| **TRAVIS ROBINSON,** | ) **Distribute and to Distribute Controlled** |
|   a/k/a "T-Roc," | ) **Substances** |
| **PRENTICE BOND,** | ) |
|   a/k/a "P," | ) **21 U.S.C. § 841(a)(1)** |
|   a/k/a "Peze," | ) **Distribution of Controlled Substances** |
| **XAVIER CROSS,** | ) |
|   a/k/a "Ro," | ) **21 U.S.C. § 841(a)(1)** |
|   a/k/a "Kairo," | ) **Possession With Intent to Distribute** |
| **CHARLES SEANG,** | ) **Controlled Substances** |
| **CHESTER HALL,** | ) |
|   a/k/a "Cheeseburger," | ) **18 U.S.C. § 922(g)(1)** |
|   a/k/a "Cheese," | ) **Possession of a Firearm by a Prohibited** |
| **GENEVEA HARVEY,** | ) **Person** |
| **SHANEKA JACKSON,** | ) |
| **RODRECO JONES,** | ) **18 U.S.C. § 924(c)** |
|   a/k/a "Freako," | ) **Using and Carrying a Firearm During** |
|   a/k/a "Rico," | ) **and in Relation to a Drug Trafficking** |
| **ERNEST MILLINE,** | ) **Crime** |
|   a/k/a "Earnest," | ) |
|   a/k/a "Rome," | ) **21 U.S.C. § 856(a)(1)** |
|   a/k/a "Jerome," | ) **Maintaining Drug-Involved Premises** |
| **MORGAN ALLISON,** | ) |
| **GEORGE LEVERETT,** | ) **18 U.S.C. § 2** |
| **TAWANA DANIELS** | ) **Aiding and Abetting** |
| | ) |
| | ) **FILED UNDER SEAL** |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Conspiracy to Possess With Intent to Distribute and*
*to Distribute Controlled Substances (Cocaine, Cocaine Base and Marijuana)*
21 U.S.C. § 846

Beginning on a date at least as early as July 2019, up to and including the return date of

this indictment, the precise dates being unknown, in Bibb County, within the Middle District of

Georgia, and elsewhere, the defendants,

**TRAVIS ROBINSON,**
a/k/a "T-Roc,"
**PRENTICE BOND,**
a/k/a "P,"
a/k/a "Peze,"
**XAVIER CROSS,**
a/k/a "Ro,"
a/k/a "Kairo,"
**CHARLES SEANG,**
**CHESTER HALL,**
a/k/a "Cheeseburger,"
a/k/a "Cheese,"
**GENEVEA HARVEY,**
**SHANEKA JACKSON,**
**RODRECO JONES,**
a/k/a "Freako,"
a/k/a "Rico,"
**ERNEST MILLINE,**
a/k/a "Earnest,"
a/k/a "Rome,"
a/k/a "Jerome,"
**MORGAN ALLISON,**
**GEORGE LEVERETT,**
**TAWANA DANIELS,**

aided and abetted by each other and by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to possess with intent to distribute and to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; 28 grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

## COUNT TWO
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about August 16, 2019, in Bibb County, within the Middle District of Georgia, the

defendants,

**PRENTICE BOND,**
**a/k/a "P,"**
**a/k/a "Peze,"**
**XAVIER CROSS,**
**a/k/a "Ro,"**
**a/k/a "Kairo,"**
**ERNEST MILLINE,**
**a/k/a "Earnest,"**
**a/k/a "Rome,"**
**a/k/a "Jerome,"**

aided and abetted by each other, did knowingly and intentionally distribute a mixture or substance

containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United

States Code, Section 2.

3

**COUNT THREE**
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about August 23, 2019, in Bibb County, within the Middle District of Georgia, the

defendants,

**PRENTICE BOND,**
**a/k/a "P,"**
**a/k/a "Peze,"**
**XAVIER CROSS,**
**a/k/a "Ro,"**
**a/k/a "Kairo,"**

aided and abetted by each other, did knowingly and intentionally distribute 28 grams or more of a

mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled

substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United

States Code, Section 2.

4

## COUNT FOUR
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about September 16, 2019, in Bibb County, within the Middle District of Georgia,

the defendant,

### PRENTICE BOND,
a/k/a "P,"
a/k/a "Peze,"

did knowingly and intentionally distribute 28 grams or more a mixture or substance containing a

detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about January 29, 2020, in Bibb County, within the Middle District of Georgia, the

defendant,

**XAVIER CROSS,**
**a/k/a "Ro,"**
**a/k/a "Kairo,"**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount

of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SIX**
*Distribution of a Controlled Substance (Cocaine Base)*
21 U.S.C. § 841(a)(1)

On or about April 21, 2020, in Bibb County, within the Middle District of Georgia, the defendant,

**XAVIER CROSS,**
**a/k/a "Ro,"**
**a/k/a "Kairo,"**

did knowingly and intentionally distribute 28 grams of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN
*Possession with Intent to Distribute of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about August 7, 2020, in Bibb County, within the Middle District of Georgia, the

defendant,

**MORGAN ALLISON,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing

a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT EIGHT**
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about August 7, 2020, in Bibb County, within the Middle District of Georgia, the

defendant,

### **MORGAN ALLISON,**

did knowingly possess a firearm in furtherance of at least one drug trafficking crime for which

they may be prosecuted in a court of the United States, to wit, Conspiracy to Possess with Intent

to Distribute and to Distribute Controlled Substances, in violation of Title 21, United States Code,

Section 846, as charged in Count 1 of this Indictment, and Possession with Intent to Distribute, in

violation of Title 21, United States Code, Section 841, as charged in Count 7.

All in violation of Title 18, United States Code, Section 924(c) and Title 18, United States

Code, Section 2.

## COUNT NINE
*Distribution of a Controlled Substance (Cocaine)*
21 U.S.C. § 841(a)(1)

On or about September 11, 2020, in Bibb County, within the Middle District of Georgia, the defendants,

**XAVIER CROSS,**
**a/k/a "Ro,"**
**a/k/a "Kairo,"**
**ERNEST MILLINE,**
**a/k/a "Earnest,"**
**a/k/a "Rome,"**
**a/k/a "Jerome,"**

aided and abetted by each other, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT TEN**
*Possession with Intent to Distribute of Controlled Substances (Cocaine, Cocaine Base and Marijuana)*
21 U.S.C. § 841(a)(1)

On or about October 8, 2020, in Bibb County, within the Middle District of Georgia, specifically at 1774 Timark Drive, Macon, Georgia, the defendants,

**PRENTICE BOND,**
**a/k/a "P,"**
**a/k/a "Peze,"**
**SHANEKA JACKSON,**

aided and abetted by each other, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, 28 grams of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance .

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT ELEVEN
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about October 8, 2020, in Bibb County, within the Middle District of Georgia, specifically at 1774 Timark Drive, Macon, Georgia, the defendants,

**PRENTICE BOND,**
**a/k/a "P,"**
**a/k/a "Peze,"**
**SHANEKA JACKSON,**

aided and abetted by each other, did knowingly possess a firearm in furtherance of at least one drug trafficking crime for which they may be prosecuted in a court of the United States, to wit, Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment and Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 841, as charged in Count 10 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c) and Title 18, United States Code, Section 2.

## COUNT TWELVE
*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about October 8, 2020, in Bibb County, within the Middle District of Georgia, specifically at 1774 Tinmark Drive, Macon, Georgia, the defendants,

## PRENTICE BOND,
### a/k/a "P,"
### a/k/a "Peze,"
## SHANEKA JACKSON,

aided and abetted by each other, knowing they both had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit:

- a Romarm/Cugir Model Mini Draco, 7.62 x 39mm pistol,

- a Glock Model 23 .40 caliber pistol,

- a Taurus Model PT 783 .380 caliber pistol, and

- a Raven Arms Model MP-25 .25 caliber pistol,

all which had previously been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Section 2.

## COUNT THIRTEEN
*Possession with Intent to Distribute of a Controlled Substance (Marijuana)*
21 U.S.C. § 841(a)(1)

On or about October 8, 2020, in Bibb County, within the Middle District of Georgia, specifically at 3409 Bloomfield Drive, Macon, Georgia, the defendants,

**PRENTICE BOND,**
**a/k/a "P,"**
**a/k/a "Peze,"**
**ERNEST MILLINE,**
**a/k/a "Earnest,"**
**a/k/a "Rome,"**
**a/k/a "Jerome,"**

aided and abetted by each other, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOURTEEN
*Possession with Intent to Distribute of a Controlled Substance (Marijuana)*
21 U.S.C. § 841(a)(1)

On or about October 8, 2020, in Bibb County, within the Middle District of Georgia, at

2487 Rosen Avenue in Macon, Georgia, the defendants,

**XAVIER CROSS,**
**a/k/a "Ro,"**
**a/k/a "Kairo,"**
**PRENTICE BOND,**
**a/k/a "P,"**
**a/k/a "Peze,"**
**CHESTER HALL,**
**a/k/a "Cheeseburger,"**
**a/k/a "Cheese,"**

aided and abetted by each other, did knowingly and intentionally possess with intent to distribute

a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled

substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United

States Code, Section 2.

15

## COUNT FIFTEEN

*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about October 8, 2020, in Bibb County, within the Middle District of Georgia, at

2487 Rosen Avenue in Macon, Georgia, the defendants,

**XAVIER CROSS,**
**a/k/a "Ro,"**
**a/k/a "Kairo,"**
**PRENTICE BOND,**
**a/k/a "P,"**
**a/k/a "Peze,"**
**CHESTER HALL,**
**a/k/a "Cheeseburger,"**
**a/k/a "Cheese,"**

aided and abetted by each other, did knowingly possess a firearm in furtherance of at least one

drug trafficking crime for which they may be prosecuted in a court of the United States, to wit,

Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in

violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment and

Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States

Code, Section 841, as charged in Count 14 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c) and Title 18, United States

Code, Section 2.

16

## COUNT SIXTEEN
*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about October 8, 2020, in Bibb County, within the Middle District of Georgia, specifically at 2487 Rosen Avenue in Macon, Georgia, the defendants,

**XAVIER CROSS,**
**a/k/a "Ro,"**
**a/k/a "Kairo,"**
**PRENTICE BOND,**
**a/k/a "P,"**
**a/k/a "Peze,"**

aided and abetted by each other, knowing they both had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit:

- a Springfield Model 45 XD, and

- a Taurus Model PT 140 .40 caliber pistol,

both which had previously been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SEVENTEEN

*Possession with Intent to Distribute of Controlled Substances (Cocaine and Fentanyl)*
21 U.S.C. § 841(a)(1)

On or about October 8, 2020, in Bibb County, within the Middle District of Georgia, specifically at 281 Schell Avenue in Macon, Georgia, the defendants,

**XAVIER CROSS,**
**a/k/a "Ro,"**
**a/k/a "Kairo,".**
**GENEVEA HARVEY,**
**CHESTER HALL,**
**a/k/a "Cheeseburger,"**
**a/k/a "Cheese,"**

aided and abetted by each other, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 40 grams or more of a mixture or substance containing a detectable amount of Fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT EIGHTEEN
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about October 8, 2020, in Bibb County, within the Middle District of Georgia, specifically at 281 Schell Avenue in Macon, Georgia, the defendants,

**XAVIER CROSS,**
**a/k/a "Ro,"**
**a/k/a "Kairo,"**
**GENEVEA HARVEY,**

aided and abetted by each other, did knowingly possess a firearm in furtherance of at least one drug trafficking crime for which they may be prosecuted in a court of the United States, to wit, Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment and Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 841, as charged in Count 17 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c) and Title 18, United States Code, Section 2.

19

### COUNT NINETEEN
*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about October 8, 2020, in Bibb County, within the Middle District of Georgia, specifically at 281 Schell Avenue in Macon, Georgia, the defendants,

### XAVIER CROSS,
a/k/a "Ro,"
a/k/a "Kairo,"
### GENEVEA HARVEY,

aided and abetted by each other, knowing they both had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit:

- a Smith & Wesson 9mm pistol,

- a Prochine AK475 7.62 caliber rifle,

- a Ruger Model P90 .45 caliber pistol,

- a Ruger Model SR40 .40 caliber pistol,

- a Silver Eagle 12 gauge shotgun,

- a Dell-Tan Inc. Model DTI 5.56 caliber rifle

- a Mossberg 7157 .22 caliber rifle,

- a Beretta .22 caliber rifle,

- a Remington Model 870 12 gauge shotgun,

- a HR Model 1871 12 gauge shotgun,

- a Norinco 7.62 caliber rifle,

- a Ruger .17 caliber rifle

- a Rossi .38 caliber handgun,

20

- a Glock Model 19 9mm pistol,

- a Taurus 9mm pistol, and

- a Taurus .380 caliber pistol,

all which had previously been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and Title 18, United States Code, Section 2.

## COUNT TWENTY

*Possession with Intent to Distribute of Controlled Substances (Cocaine and Marijuana)*
21 U.S.C. § 841(a)(1)

On or about October 8, 2020, in Bibb County, within the Middle District of Georgia, specifically at 4432 Elkan Avenue in Macon, Georgia, the defendants,

**XAVIER CROSS,**
**a/k/a "Ro,"**
**a/k/a "Kairo,"**
**CHESTER HALL,**
**a/k/a "Cheeseburger,"**
**a/k/a "Cheese,"**

aided and abetted by each other, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWENTY-ONE
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about October 20, 2020, in Bibb County, within the Middle District of Georgia, specifically at 1955 Dove Street, Unit #4010, Macon, Georgia, the defendants,

**TRAVIS ROBINSON,**
**a/k/a "T-Roc,"**
**TAWANA DANIELS,**

aided and abetted by each other, did knowingly possess a firearm in furtherance of at least one drug trafficking crime for which they may be prosecuted in a court of the United States, to wit, Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c) and Title 18, United States Code, Section 2.

## COUNT TWENTY-TWO
*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about October 20, 2020, in Bibb County, within the Middle District of Georgia, specifically at 1955 Dove Street, Unit #4010, Macon, Georgia, the defendant,

### TRAVIS ROBINSON,
### a/k/a "T-Roc,"

knowing he both previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit,

- a Smith & Wesson Model SW9F,

- two Mossberg 12 gauge shotguns,

- a DPMS .223 caliber AR-15 rifle,

- a Norinco Model MAK-90,

- a SWD Inc. Model M-11 9mm pistol

- a Smith & Wesson Model MMP .40 caliber pistol, and

- a 5.56 caliber AR-15 type rifle with no markings,

all which had previously been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWENTY-THREE
*Maintaining Drug-Involved Premises*
21 U.S.C. § 856(a)(1)

Beginning on a date at least as early as July 2019, up to and including the return date of this indictment, the precise dates being unknown, in Bibb County, within the Middle District of Georgia, and elsewhere, the defendants,

**PRENTICE BOND,**
**a/k/a "P,"**
**a/k/a "Peze,"**
**XAVIER CROSS,**
**a/k/a "Ro,"**
**a/k/a "Kairo,"**
**CHESTER HALL,**
**a/k/a "Cheeseburger,"**
**a/k/a "Cheese,"**

aided and abetted by each other and others unknown, did lease, rent, use, and maintain a place located at 2487 Rosen Avenue, Macon, Georgia, for the purpose of distributing cocaine, a Schedule II controlled substance, cocaine base ("crack"), a Schedule II controlled substance and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance .

All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWENTY-FOUR
*Maintaining Drug-Involved Premises*
21 U.S.C. § 856(a)(1)

Beginning on a date at least as early as July 2019, up to and including the return date of this indictment, the precise dates being unknown, in Bibb County, within the Middle District of Georgia, and elsewhere, the defendants,

### XAVIER CROSS,
### a/k/a "Ro,"
### a/k/a "Kairo,"
### GENEVEA HARVEY,

aided and abetted by each other and others unknown, did lease, rent, use, and maintain a place located at 281 Schell Avenue, Macon, Georgia, for the purpose of distributing cocaine, a Schedule II controlled substance, cocaine base ("crack"), a Schedule II controlled substance and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance .

All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Twenty-Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924(d), Title 21, United States Code, Section 853,  and 982(a)(7), and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the Title 21 offenses set forth in this Indictment, Defendants,

**TRAVIS ROBINSON,**
**a/k/a "T-Roc,"**
**XAVIER CROSS,**
**a/k/a "Ro,"**
**a/k/a "Kairo,"**
**PRENTICE BOND,**
**a/k/a "P,"**
**a/k/a "Peze,"**
**SHANEKA JACKSON,**
**GENEVEA HARVEY,**
**CHESTER HALL,**
**a/k/a "Cheeseburger,"**
**a/k/a "Cheese,"**

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including but not limited to:

a.      $61,030.00 in U.S. Currency

b.      $16,021.00 in U.S. Currency

c.      $9,850.00 in U.S. Currency

d.      281 Schell Avenue, Macon, Georgia

e.      2487 Rosen Avenue, Macon, Georgia

Additionally, upon conviction of one or more of the Title 18 offenses set forth in this Indictment, Defendants,

**TRAVIS ROBINSON,**
**a/k/a "T-Roc,"**
**XAVIER CROSS,**
**a/k/a "Ro,"**
**a/k/a "Kairo,"**
**PRENTICE BOND,**
**a/k/a "P,"**
**a/k/a "Peze,"**
**SHANEKA JACKSON,**
**GENEVEA HARVEY,**
**CHESTER HALL,**
**a/k/a "Cheeseburger,"**
**a/k/a "Cheese,"**

shall forfeit to the United States any firearms or ammunition used or intended to be used in violation of the charged offense(s).

If any of the property described above, as a result of any act or commission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL.


*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY


DAVID H. ESTES
ACTING UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF GEORGIA

Presented by:

Marcela C, Mateo
Assistant United States Attorney
Special Assistant for Middle District of
Georgia
Acting Under the Authority Conferred by 28
U.S.C. § 515

Noah J. Abrams
Assistant United States Attorney
Special Assistant for Middle District of
Georgia
Acting Under the Authority Conferred by 28
U.S.C. § 515


Filed in open court this ___ day of February,
2021.


_____
Deputy Clerk